# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Wells Fargo Bank, National Association, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 10-CV-04080 |
| Ivan Djurin, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Plaintiff, Wells Fargo Bank, National Association ("Wells Fargo"), by its undersigned counsel, hereby moves this Court to render partial judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure in the above-captioned case. In support of its motion, Wells Fargo has submitted contemporaneously a Memorandum in Support of Plaintiff's Motion for Partial Judgment on the Pleadings (the "Memorandum") incorporated herein by reference.

As set forth more fully in the Memorandum, Defendant's Answer to the Complaint demonstrates that there is no question of fact as to the liability of Defendant under the plain terms of the guaranty agreements at issue in this case, and Defendant's claimed affirmative defense is insufficient, as a matter of law, to preclude judgment for Wells Fargo.

WHEREFORE, Plaintiff respectfully moves this Court to render partial judgment on the pleadings in accordance with Rule 12(c) of the Federal Rules of Civil Procedure. Wells Fargo further respectfully requests that it be entitled to file affidavits with this Court proving amounts due and owing under the terms of the guaranty agreements, and for such other and further relief as the Court deems just, equitable, and proper.

Dated: September 17, 2010       Respectfully submitted,

                  /s/ Kenneth S. GoodSmith
                  Kenneth S. GoodSmith (ARDC # 6180874)
                  D. R. Edwards, Of Counsel (ARDC # 6190079)
                  GoodSmith Gregg & Unruh LLP
                  150 S. Wacker Drive, Suite 3150
                  Chicago, IL 60606
                  Tel: (312) 322-1981
                  Fax: (312) 322-0056

                  Counsel for Plaintiff